IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TODD MATTHEWS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3205 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA STATE PENITENTIARY, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on its order to show cause (Filing No. 24) why this action should not be dismissed as moot. Plaintiff has failed to respond to said order. Accordingly,

IT IS ORDERED that this action is dismissed without prejudice. All pending motions are denied as moot.

DATED this 16th day of June, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court